GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
Jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #24266
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER,
ZELLER, BIEHL, COTANCHE,
ALFONSO and MARKLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>Defendants. | Case No.: C07-03395<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**NO. DIST. CIVIL L.R. 3-16** |

Pursuant to Northern District Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED: June 28, 2007.

BOORNAZIAN, JENSEN & GARTHE

By: _____
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL
CENTER, ZELLER, BIEHL,
COTANCHE, ALFONSO and
MARKLE

24266\408537

---

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [NO. DIST. CIVIL L.R. 3-16]
*Lisa Johnson v. Alameda County Medical Center, et al,.* U.S. Dist. Ct., N. Dist. of CA No.