1 | GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
2 | JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
3 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #24266
4 | 555 12th Street, Suite 1800
P. O. Box 12925
5 | Oakland, CA 94604-2925
Telephone: (510) 834-4350
6 | Facsimile: (510) 839-1897

7 | Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER,
8 | SCOTT ZELLER, M.D., KURT BIEHL, M.D.,
JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N.,
9 | MADELYNE MARKLE, R.N.

10 |                    UNITED STATES DISTRICT COURT

11 |                    NORTHERN DISTRICT OF CALIFORNIA

12 | LISA JOHNSON, by and through her       ) Case No.: C07-03395 JCS
     Conservator, Sharon Toth,               )
13 |                                          ) **DECLARATION OF SERVICE OF**
                    Plaintiff,                ) **NOTICE OF REMOVAL OF ACTION**
14 |                                          ) **PURSUANT TO 28 U.S.C. §1441(b)**
     vs.                                      ) **(Federal Question – 42 U.S.C. §1983)**
15 |                                          )
     ALAMEDA COUNTY MEDICAL CENTER,)
16 | SCOTT ZELLER, M.D., KURT BIEHL,         )
     M.D., JEANETTE COTANCHE, R.N.,          )
17 | LEONI ALFONSO, R.N., MADELYNE           )
     MARKLE, R.N., CEDRICK FROWNER, et       )
18 | al.,                                     )
                                              )
19 |            Defendants.                   )

20 |        I, the undersigned, declare as follows:

21 |        I am employed in the County of Alameda, State of California. I am over the age of 18

22 | years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.

23 | O. Box 12925, Oakland, California 94604-2925.

24 |        I am readily familiar with the business practice for collection and processing of

25 | correspondence for mailing with the United States Postal Service. On the date indicated below, at

26 | the above-referenced business location, I sealed envelopes, enclosing a copy of the **CIVIL**

27 | **COVER SHEET; NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.**

28 |
-1-
DECLARATION OF SERVICE OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b)
(Federal Question – 42 U.S.C. §1983)
*Lisa Johnson v. Alameda County Medical Center,* U.S. Dist. Ct., N. Dist. of CA No. C07-03395 JCS

§1441(b); CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL AND RELATED ATTACHMENTS; UNITED STATES DISTRICT COURT ADR DISPUTE RESOLUTION PROCEDURES BOOKLET, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Douglas C. Fladseth, Esq.                **Attorneys for Plaintiff LISA JOHNSON**
Law Offices of Douglas C. Fladseth
50 Old Courthouse Square, Suite 600
Santa Rosa, CA  95404
Tel:  (707) 545-2600
Fax:  (707) 545-0552
e-mail:  www.fladseth@aol.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on June 28, 2007.

_____
Candace Hankins

24266\408594

-2-
DECLARATION OF SERVICE OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b)
(Federal Question – 42 U.S.C. §1983)
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 JCS