UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, et al.<br><br>　　　　Defendant(s)._____/ | No. C 07-03395 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/29/07

Signature _____

Counsel for   Defendants
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE BY MAIL
### (C.C.P. SECTIONS 1013(a) -2015.5)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Douglas C. Fladseth, Esq.                    **Attorneys for Plaintiff LISA JOHNSON**
Law Offices of Douglas C. Fladseth
50 Old Courthouse Square, Suite 600
Santa Rosa, CA  95404
Tel: (707) 545-2600
Fax: (707) 545-0552
e-mail: www.fladseth@aol.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on June 29, 2007.

_____
Candace Hankins

24266\408651

-1-

PROOF OF SERVICE- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; U.S.D.C.-Nor. Dist. #C07-03395 JCS