**United States District Court**
For the Northern District of California

1
2
3              UNITED STATES DISTRICT COURT
4              NORTHERN DISTRICT OF CALIFORNIA
5
6   LISA JOHNSON,                          No.  C 07-03395 JCS
7              Plainitff(s),               NOTICE OF IMPENDING
                                           REASSIGNMENT TO A UNITED STATES
8       v.                                 DISTRICT JUDGE
9   ALAMEDA COUNTY MEDICAL CENTER
10             Defendant(s).
11  _____/
12
13         The Clerk of this Court will now randomly reassign this case to a United States District
14  Judge because:
15         [X]    One or more of the parties has requested reassignment to a United States District
16  Judge or has not consented to the jurisdiction of a United States Magistrate Judge.
17         []     One or more of the parties has sought a type of judicial action (e.g., a temporary
18  restraining order) that a United States Magistrate Judge may not take without the consent of all
19  parties, the necessary consents have not been secured, and time is of the essence.
20         ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE
21  SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE
22  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.
23
24  Dated:  July 2, 2007
25                                        Richard W. Wieking, Clerk
                                          United States District Court
26
                                          By: Karen L. Hom
27                                        Courtroom Deputy
28  cc:  Intake