**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**July 3, 2007**

CASE NUMBER:  CV 07-03395 JCS  
CASE TITLE:  LISA JOHNSON-v-ALAMEDA COUNTY MEDICAL CENTER

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/3/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects  
Log Book Noted                          Entered in Computer 7/3/07AS

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                 Transferor CSA