1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #24266
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   ALAMEDA COUNTY MEDICAL CENTER,
8  SCOTT ZELLER, M.D., KURT BIEHL, M.D.,
   JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N.,
9  MADELYNE MARKLE, R.N.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 LISA JOHNSON, by and through her          ) Case No.: C07-03395 CW
   Conservator, Sharon Toth,                 )
13                                           ) **CERTIFICATE OF SERVICE OF CASE**
                 Plaintiff,                  ) **MANAGEMENT SCHEDULING ORDER**
14                                           ) **FOR REASSIGNED CIVIL CASE**
   vs.                                       )
15                                           )
   ALAMEDA COUNTY MEDICAL CENTER,)
16 SCOTT ZELLER, M.D., KURT BIEHL,           )
   M.D., JEANETTE COTANCHE, R.N.,            )
17 LEONI ALFONSO, R.N., MADELYNE             )
   MARKLE, R.N., CEDRICK FROWNER, et         )
18 al.,                                      )
                                             )
19              Defendants.                  )

20        I, the undersigned, declare as follows:

21        I am employed in the County of Alameda, State of California. I am over the age of 18

22 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.

23 O. Box 12925, Oakland, California 94604-2925.

24        I am readily familiar with the business practice for collection and processing of

25 correspondence for mailing with the United States Postal Service. On the date indicated below, at

26 the above-referenced business location, I sealed envelopes, enclosing a copy of the **CASE**

27 **MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**, addressed as

28
                                            -1-
CERTIFICATE OF SVC OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW

1 shown below, and placed them for collection and mailing following ordinary business practices to
2 be deposited with the United States Postal Service on the date indicated below:

Douglas C. Fladseth, Esq.    **Attorneys for Plaintiff LISA JOHNSON**
Law Offices of Douglas C. Fladseth
50 Old Courthouse Square, Suite 600
Santa Rosa, CA  95404
Tel: (707) 545-2600
Fax: (707) 545-0552
e-mail: www.fladseth@aol.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 9, 2007.

*Candace H.*
Candace Hankins

24266\409085

-2-

CERTIFICATE OF SVC OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE
*Lisa Johnson v. Alameda County Medical Center,* U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW