1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #24266
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   ALAMEDA COUNTY MEDICAL CENTER,
8  SCOTT ZELLER, M.D., KURT BIEHL, M.D.,
   JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N.,
9  MADELYNE MARKLE, R.N.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 | LISA JOHNSON, by and through her      ) | Case No.: C07-03395 JCS
   | Conservator, Sharon Toth,              ) |
13 |                                        ) | **NOTICE OF CURRENT COUNSEL OF**
   |        Plaintiff,                      ) | **RECORD**
14 |                                        ) |
   | vs.                                    ) |
15 |                                        ) |
   | ALAMEDA COUNTY MEDICAL CENTER,         ) |
16 | SCOTT ZELLER, M.D., KURT BIEHL,        ) |
   | M.D., JEANETTE COTANCHE, R.N.,         ) |
17 | LEONI ALFONSO, R.N., MADELYNE          ) |
   | MARKLE, R.N., CEDRICK FROWNER, et      ) |
18 | al.,                                   ) |
   |                                        ) |
19 |        Defendants.                     ) |

20    PLEASE TAKE NOTICE that counsel for plaintiff LISA JOHNSON is Douglas C.

21 Fladseth, Esq., Law Offices of Douglas C. Fladseth, 50 Old Courthouse Square, Suite 600, Santa

22 Rosa, CA., 95404, telephone (707) 545-2600, facsimile (707) 545-0552, e-mail address:

23 www.fladseth@aol.com.

24    On November 8, 2006, the Alameda County Superior Court issued an order relieving

25 attorney Charles Schwartz as attorney of record (see Exhibit F to Notice of Removal).  On

26 November 29, 2006, a Substitution of Attorney was filed by plaintiff LISA JOHNSON substituting

27 attorney Douglas Fladseth as plaintiff's attorney of record (see Exhibit G to Notice of Removal).

28
-1-
NOTICE OF CURRENT COUNSEL OF RECORD
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 JCS

1  No further e-filings should be directed to attorney Charles Schwartz and his e-mail address
2  should be removed from the court's records of this action. All e-filings in this matter should be
3  directed to attorney Douglas Fladseth for plaintiff LISA JOHNSON, and attorneys Gregory J.
4  Rockwell and Jill Sazama for defendants ALAMEDA COUNTY MEDICAL CENTER, SCOTT
5  ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO,
6  R.N., MADELYNE MARKLE, R.N.

DATED: July 9, 2007.

BOORNAZIAN, JENSEN & GARTHE

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL
CENTER, ZELLER, BIEHL,
COTANCHE, ALFONSO and
MARKLE

-2-

NOTICE OF CURRENT COUNSEL OF RECORD
*Lisa Johnson v. Alameda County Medical Center,* U.S. Dist. Ct., N. Dist. of CA No. C07-03395 JCS

**PROOF OF SERVICE BY MAIL**
**(C.C.P. SECTIONS 1013(a) -2015.5)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **NOTICE OF CURRENT COUNSEL OF RECORD**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Douglas C. Fladseth, Esq.　　　　　　**Attorneys for Plaintiff LISA JOHNSON**
Law Offices of Douglas C. Fladseth
50 Old Courthouse Square, Suite 600
Santa Rosa, CA  95404
Tel:  (707) 545-2600
Fax:  (707) 545-0552
e-mail:  www.fladseth@aol.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 9, 2007.

_____
Candace Hankins

24266\409175

-3-

NOTICE OF CURRENT COUNSEL OF RECORD
*Lisa Johnson v. Alameda County Medical Center,* U.S. Dist. Ct., N. Dist. of CA No. C07-03395 JCS