UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N., CEDRICK FROWNER, et al.,<br><br>Defendants. | No. C07-03395 CW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program ECF) under General Order 45)* ;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/11/07

By: [signature]
MARY ELLYN GORMLEY, ESQ.
General Counsel
ALAMEDA COUNTY MEDICAL CENTER

Dated: 10/12/07

By: [signature]
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Douglas C. Fladseth, Esq.<br>Law Offices of Douglas C. Fladseth<br>50 Old Courthouse Square, Suite 600<br>Santa Rosa, CA 95404<br>Tel: (707) 545-2600<br>Fax: (707) 545-0552<br>e-mail: www.fladseth@aol.com | **Attorneys for Plaintiff LISA JOHNSON** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on October 12, 2007.

_Candace H_____
Candace Hankins

24266\416475