UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N., CEDRICK FROWNER, et al.,<br><br>　　　　Defendants. | No. C07-03395 CW<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel have met and conferred regarding ADR and that they:

have not yet reached an agreement to an ADR process

Date of Case Management Conference: October 23, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregory J. Rockwell | Def. Alameda County Medical Center | 510-834-4350 | grockwell@bjg.com |
| Douglas C. Fladseth | Plaintiff | 707-545-2600 | fladseth@aol.com |

This notice is being filed without the signature of counsel for the Plaintiff, because, on October 11, 2007, Defendants' counsel sent a copy of this notice to Plaintiff's counsel by e-mail with a request that he sign it and return it for filing. To date he has not returned the executed notice or replied in any manner.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:  October 16, 2007

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorney for Defendant
ALAMEDA COUNTY MEDICAL CENTER

Dated:_____

By: _____
DOUGLAS C. FLADSETH, ESQ.
Attorney for Plaintiff

NOTICE OF NEED FOR ADR PHONE CONFERENCE

*Lisa A. Johnson v. Alameda County Medical Center, et al.., N.D. CIV # 07-03395 CW*

## PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **NOTICE OF NEED FOR ADR PHONE CONFERENCE** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Douglas C. Fladseth, Esq.　　　　　　**Attorneys for Plaintiff LISA JOHNSON**
Law Offices of Douglas C. Fladseth
50 Old Courthouse Square, Suite 600
Santa Rosa, CA   95404
Tel:  (707) 545-2600
Fax:  (707) 545-0552
e-mail:  www.fladseth@aol.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on October 16, 2007.

_____
Candace Hankins

24266\416484

NOTICE OF NEED FOR ADR PHONE CONFERENCE

*Lisa A. Johnson v. Alameda County Medical Center, et al.*, N.D. CIV # 07-03395 CW