1  Douglas C. Fladseth (Bar No. 083420)
   LAW OFFICES OF DOUGLAS C. FLADSETH
2  50 Old Courthouse Square, Suite 600
   Santa Rosa, California 95404
3  Telephone: (707) 545-2600
   Facsimile: (707) 545-0552
4  Attorney for Plaintiff Lisa Johnson

5

6

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 | LISA JOHNSON, by and through her ) | Case No. C07-03395 CW
   | Conservator, Sharon Toth,         )
13 |                                   ) | **STIPULATION TO CONTINUE CASE**
   |              Plaintiff,           ) | **MANAGEMENT CONFERENCE**
14 |                                   )
   |       vs.                         )
15 |                                   )
   | ALAMEDA COUNTY MEDICAL           )
16 | CENTER, SCOTT ZELLER, M.D.,       )
   | KURT BIEHL, M.D., JEANETTE        )
17 | COTANCHE, R.N., LEONI ALFONSO,)
   | R.N., MADELYNE MARKLE, R.N.,      )
18 | CEDRICK FROWNER, DOES 1 to 50,   )
   | inclusive,                        )
19 |                                   )
   |              Defendants.          )
20 |_____)

21        IT IS HEREBY STIPULATED, by and between plaintiff LISA JOHNSON and

22 defendants ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT

23 BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., and MADELYNE

24 MARKLE, R.N., through their respective counsel, that this court continue the Case Management

25 Conference now scheduled to take place on October 23, 2007 at 2:00 p.m. in Courtroom 2 to

26        **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

27

28

1  January 8, 2008 at 2:00 p.m. in Courtroom 2.

3  DATED: October 22, 2007                LAW OFFICE OF ~~DOUG~~ C. FLADSETH

5                                          DOUGLAS C. FLADSETH
                                            Attorney for Plaintiff Lisa Johnson

8  DATED: October 22, 2007                BOORNAZIAN, JENSEN, et al.

10                                         GREGORY ROCKWELL
11                                         Attorney for Defendants

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

2