1  Douglas C. Fladseth (Bar No. 083420)
   LAW OFFICES OF DOUGLAS C. FLADSETH
2  50 Old Courthouse Square, Suite 600
   Santa Rosa, California 95404
3  Telephone: (707) 545-2600
   Facsimile: (707) 545-0552
4  Attorney for Plaintiff Lisa Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N., CEDRICK FROWNER, DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. C07-03395 CW<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED, by and between plaintiff LISA JOHNSON and defendants ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., and MADELYNE MARKLE, R.N., through their respective counsel, that this court continue the Case Management Conference now scheduled to take place on October 23, 2007 at 2:00 p.m. in Courtroom 2 to

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  January 8, 2008 at 2:00 p.m. in Courtroom 2.

2

3  DATED: October 22, 2007                LAW OFFICE OF ~~DOUG~~ C. FLADSETH

4

5                                          _____
                                            DOUGLAS C. FLADSETH
6                                           Attorney for Plaintiff Lisa Johnson

7

8
   DATED: October 22, 2007                BOORNAZIAN, JENSEN, et al.
9

10                                         _____
                                            GREGORY ROCKWELL
11                                          Attorney for Defendants

12

13

14

15
      10/23/07
16

17

18                                         **IT IS SO ORDERED**
19                                         *[signature]*
20                                         Judge Claudia Wilken
                                           (UNITED STATES DISTRICT COURT
21                                          NORTHERN DISTRICT OF CALIFORNIA seal)

22

23

24

25

26             STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
                                        2
27

28