IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA JOHNSON,

    Plaintiff,

  v.

ALAMEDA COUNTY MEDICAL CENTER, et al.,

    Defendants.
_____/

No. C 07-03395 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Civil Local Rule 72-1 and the recommendation of the ADR Director, IT IS HEREBY ORDERED that the above-captioned case is referred to a Magistrate Judge for a settlement conference to be held at the convenience of the Magistrate Judge's calendar. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

DATED: 10/24/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: Wings; ADR