GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #24266
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER,
SCOTT ZELLER, M.D., KURT BIEHL, M.D.,
JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N.,
MADELYNE MARKLE, R.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N., CEDRICK FROWNER, et al., <br><br>　　　　Defendants. | Case No.: C07-03395 CW <br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　IT IS HEREBY STIPULATED, by and between plaintiff LISA JOHNSON and defendants ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N., through their respective counsel, that this court continue the Case Management Conference now scheduled to take place on January 8, 2008 at 2:00 p.m. in Courtroom 2 to March 18, 2008 at 2:00 p.m. in Courtroom 2.

-1-

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW

1  DATED: Dec. 21, 2007

LAW OFFICE OF DOUGLAS C. FLADSETH

By: _____
DOUGLAS C. FLADSETH, ESQ.
Attorneys for Plaintiff
LISA JOHNSON

7  DATED: 12/26/07

BOORNAZIAN, JENSEN & GARTHE

By: _____
GREGORY J. ROCKWELL, ESQ.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, ZELLER, BIEHL, COTANCHE, ALFONSO and MARKLE

**ORDER**

IT IS SO ORDERED.

_____
HON. CLAUDIA WILKEN
United States District Court Judge

24266\421930

---

-2-

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW