1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #24266
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   ALAMEDA COUNTY MEDICAL CENTER,
8  SCOTT ZELLER, M.D., KURT BIEHL, M.D.,
   JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N.,
9  MADELYNE MARKLE, R.N.

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | LISA JOHNSON, by and through her         ) Case No.: C07-03395 CW
   | Conservator, Sharon Toth,                )
13 |                                          ) **STIPULATION AND ORDER TO**
   |         Plaintiff,                       ) **CONTINUE CASE MANAGEMENT**
14 |                                          ) **CONFERENCE**
   | vs.                                      )
15 |                                          )
   | ALAMEDA COUNTY MEDICAL CENTER,)
16 | SCOTT ZELLER, M.D., KURT BIEHL,          )
   | M.D., JEANETTE COTANCHE, R.N.,           )
17 | LEONI ALFONSO, R.N., MADELYNE            )
   | MARKLE, R.N., CEDRICK FROWNER, et )
18 | al.,                                     )
   |                                          )
19 |         Defendants.                      )
   |_____)
20

21

22         IT IS HEREBY STIPULATED, by and between plaintiff LISA JOHNSON and defendants

23 ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D.,

24 JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N.,

25 through their respective counsel, that this court continue the Case Management Conference now

26 scheduled to take place on January 8, 2008 at 2:00 p.m. in Courtroom 2 to March 18, 2008 at 2:00

27 p.m. in Courtroom 2.

28
                                              -1-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW

DATED: Dec. 21, 2007

LAW OFFICE OF DOUGLAS C. FLADSETH

By: _____
DOUGLAS C. FLADSETH, ESQ.
Attorneys for Plaintiff
LISA JOHNSON

DATED: 12/26/07

BOORNAZIAN, JENSEN & GARTHE

By: _____
GREGORY J. ROCKWELL, ESQ.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, ZELLER, BIEHL, COTANCHE, ALFONSO and MARKLE

## ORDER

IT IS SO ORDERED.

1/4/08

_____
HON. CLAUDIA WILKEN
United States District Court Judge

24266\421930

-2-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW