

# Boornazian, Jensen & Garthe

A Professional Corporation

555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

Mailing Address
P.O. Box 12925
Oakland, CA 94604-2925

Gregory J. Rockwell
grockwell@bjg.com

January 29, 2008

Magistrate Judge James Larson
Federal District Court, Northern Dist. Of CA
450 Golden Gate Avenue, 15th Floor, Courtroom F
San Francisco, CA 94102

Re:  *Lisa Johnson vs. Alameda County Medical Center, et al.*
     **C 07-3395CW (JL)**
     **Our File No.: 24266**

Dear Judge Larson:

My office represents all but one of the defendants in the above action, which is set for a settlement conference in your chambers on February 13, 2008 at 2:00 p.m. The case is one for personal injuries and deprivation of civil rights arising from an assault by one patient at the John George Psychiatric Pavilion ("JGPP") upon another patient of that facility.

My clients are the Alameda County Medical Center ("ACMC"), the public hospital authority which operates JGPP and several individuals who are or were involved in the management of either JGPP or ACMC at the time of this incident. Specifically, the other defendants whom I represent are Scott Zeller, M.D., the Director of the psychiatric emergency services at JGPP, Kurt Biehl, M.D., the former Medical Director of JGPP, Madelyne Markle, R.N., the former Assistant Director of Nursing for ACMC, Leoni Alfonso, R.N., the Nurse Manager of the psychiatric emergency services at JGPP, and Jeanette Cotanche, R.N., the Chief Quality & Compliance Officer of ACMC.

None of the individuals whom I represent was present at the scene of the incident, and none have any personal knowledge of the incident or the events leading up to it. I would therefore like to request your permission to have these individuals excused from attending the settlement conference on February 13, 2008.

ACMC is self insured for all liability claims. It participates in risk sharing pool with other public hospital authorities which is administered by Beta Healthcare Group, a public agency located in Danville, California. The general counsel for ACMC will attend the settlement conference, as will a claims representative from Beta Healthcare Group, and they will be authorized to act on behalf of all of the individual defendants on the matter of settlement.

Magistrate Judge James Larson.
January 29, 2008
Page 2

I have prepared a proposed order for your consideration, and it is enclosed. Thank you for your consideration of this request

                                Sincerely,

                                BOORNAZIAN, JENSEN & GARTHE

                                Gregory J. Rockwell

GJR:dll
Enclosure
Cc:   Douglas Fladseth, Esq., VIA U.S. mail and e-mail, with enclosure

24266\424486