UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>    Defendants. | Case No.: C07-03395 CW<br><br>**[PROPOSED] ORDER EXCUSING DEFENDANTS' ATTENDANCE AT SETTLEMENT CONFERENCE** |

GOOD CAUSE appearing therefore, it is hereby ordered that defendants Scott Zeller, M.D., Kurt Biehl, M.D., Leoni Alfonso, R.N., Madelyne Markle, R.N. and Jeanette Cotanche, R.N. may be excused from attending the settlement conference scheduled for February 13, 2008.

DATED:

By: _____
JAMES LARSON
Chief Magistrate Judge

24266\424501

-1-

[PROPOSED] ORDER EXCUSING DEFENDANTS' ATTENDANCE AT SETTLEMENT CONFERENCE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW