## CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: February 13, 2008**

**Case No.: C 07-3395 CW  (JL)**

**Case Name:**   Lisa Johnson v. Alameda County Medical Center

**Counsel Present:**       **Plaintiff**: Douglas C. Fladseth

                          **Defendant:** Gregory Rockwell

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the following outcome:

|   |   |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
|   X    | Did not settle |
|        | Further settlement conference ordered:  _____ |

**Time:**   2.5  hrs

**Comments:** A further settlement conference has been scheduled for Tuesday, May 6, 2008 at 10:00 a.m.

_Venice E. Thomas_
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Sheilah Cahill