1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #24266
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   ALAMEDA COUNTY MEDICAL CENTER,
8  SCOTT ZELLER, M.D., KURT BIEHL, M.D.,
   JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N.,
9  MADELYNE MARKLE, R.N.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  LISA JOHNSON, by and through her          ) Case No.: C07-03395 CW
    Conservator, Sharon Toth,                 )
13                                            ) **STIPULATION TO CONTINUE CASE**
              Plaintiff,                      ) **MANAGEMENT CONFERENCE**
14                                            )
    vs.                                       )
15                                            )
    ALAMEDA COUNTY MEDICAL CENTER,)
16  SCOTT ZELLER, M.D., KURT BIEHL,           )
    M.D., JEANETTE COTANCHE, R.N.,            )
17  LEONI ALFONSO, R.N., MADELYNE             )
    MARKLE, R.N., CEDRICK FROWNER, et         )
18  al.,                                      )
                                              )
19            Defendants.                     )
                                              )

20

21

22       IT IS HEREBY STIPULATED, by and between plaintiff LISA JOHNSON and defendants

23  ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D.,

24  JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N.,

25  through their respective counsel, as follows:

26       That the parties participated in a settlement conference before the Honorable James Larson

27  on February 13, 2008;

28
                                            -1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW

That progress was made toward a resolution of the action at said settlement conference, but counsel for plaintiff needs time to acquire additional information concerning plaintiff's claimed damages in order to determine if a resolution can be achieved;

That Magistrate Judge Larson has continued said settlement conference to May 6, 2008;

That the parties wish to minimize costs and expenses associated with the prosecution and defense of this action until after the continued settlement conference;

That this court may continue the Case Management Conference, now scheduled to take place on March 18, 2008 at 2:00 p.m. in Courtroom 2, to June 10, 2008 at 2:00 p.m. in Courtroom 2.

DATED: 3-5-08

LAW OFFICE OF DOUGLAS C. FLADSETH

By: _____
DOUGLAS C. FLADSETH, ESQ.
Attorneys for Plaintiff
LISA JOHNSON

DATED: 3/5/08

BOORNAZIAN, JENSEN & GARTHE

By: _____
GREGORY J. ROCKWELL, ESQ.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, ZELLER, BIEHL, COTANCHE, ALFONSO and MARKLE

24266\427088

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
*Lisa Johnson v. Alameda County Medical Center*, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW