UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N., CEDRICK FROWNER, et al.,<br><br>    Defendants. | Case No.: C 07-03395 CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Good case appearing therefor, and the parties having so stipulated, the court hereby orders as follows:

That the case management conference set for March 18, 2008 at 2:00 p.m. is continued to June 10, 2008 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 3/10/08

                                                            CLAUDIA WILKEN
                                              United States District Judge

24266/427089

-1-

(PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE

*Lisa Johnson v. Alameda County Medical Center,* U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW