1  Douglas C. Fladseth (Bar No. 083420)
   LAW OFFICES OF DOUGLAS C. FLADSETH
2  1260 North Dutton Ave., Suite 275
   Santa Rosa, California 95401
3  Telephone: (707) 545-2600
   Facsimile: (707) 545-0552
4  Attorney for Plaintiff Lisa Johnson

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   LISA JOHNSON,                      )   Case No. C07-3395CW
12                                    )
              Plaintiff,              )
13                                    )   SUPPLEMENTAL SETTLEMENT
         vs.                          )   CONFERENCE STATEMENT OF
14                                    )   PLAINTIFF LISA JOHNSON BEFORE
   ALAMEDA COUNTY MEDICAL             )   THE HONORABLE
15 CENTER, SCOTT ZELLER, M.D.,        )   JUDGE JAMES LARSON
   KURT BIEHL, M.D., JEANETTE         )
16 COTANCHE, R.N., LEONI ALFONSO,)    Date: May 6, 2008
   R.N., MADELYNE MARKLE, R.N.,       )   Time: 10:00 a.m.
17 CEDRICK FROWNER, DOES 1 to 50,)    Place: Judges Chambers
   inclusive,                         )
18                                    )
              Defendants.             )
19 _____)
                                      )
20

21      Plaintiff is still in the process of submitting plaintiff's medical records for evaluation by a

22 structured settlement company for determination of plaintiff's rated age.

23      Plaintiff has also contacted an estate planning attorney with expertise in special needs trusts

24 who still needs all plaintiff's government benefits identified specifically.

25 ///

26 ///

27 ///

28

SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT OF PLAINTIFF LISA JOHNSON

1  Plaintiff suggests the settlement conference be continued 4-8 weeks so these matters can be
2  completed.
3
4                           Respectfully submitted
5
6  DATED: April 29, 2008    LAW OFFICE OF DOUGLAS C. FLADSETH
7
8
9                           DOUGLAS C. FLADSETH
                            Attorney for Plaintiff
10

SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT OF PLAINTIFF LISA JOHNSON

2