1 | **Douglas C. Fladseth** (Bar No. 083420)
**LAW OFFICES OF DOUGLAS C. FLADSETH**
2 | **1260 North Dutton Ave., Suite 275**
**Santa Rosa, California 95401**
3 | **Telephone: (707) 545-2600**
**Facsimile: (707) 545-0552**
4 | **Attorney for Plaintiff Lisa Johnson**

5

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12 | LISA JOHNSON, ) Case No. C07-3395CW
)
13 | Plaintiff, )
)
vs. ) **SUPPLEMENTAL SETTLEMENT**
14 | ) **CONFERENCE STATEMENT OF**
) **PLAINTIFF LISA JOHNSON BEFORE**
15 | ALAMEDA COUNTY MEDICAL ) **THE HONORABLE**
CENTER, SCOTT ZELLER, M.D., ) **JUDGE JAMES LARSON**
16 | KURT BIEHL, M.D., JEANETTE )
COTANCHE, R.N., LEONI ALFONSO, ) Date: May 6, 2008
17 | R.N., MADELYNE MARKLE, R.N., ) Time: 10:00 a.m.
CEDRICK FROWNER, DOES 1 to 50, ) Place: Judges Chambers
18 | inclusive, )
)
19 | Defendants. )
_____ )
20 | )

21 |     Plaintiff is still in the process of submitting plaintiff's medical records for evaluation by a

22 | structured settlement company for determination of plaintiff's rated age.

23 |     Plaintiff has also contacted an estate planning attorney with expertise in special needs trusts

24 | who still needs all plaintiff's government benefits identified specifically.

25 | ///

26 | ///

27 | ///

28

1    Plaintiff suggests the settlement conference be continued 4-8 weeks so these matters can be

2    completed.

3

4                              Respectfully submitted

5

     DATED: April 29, 2008                LAW OFFICE OF DOUGLAS C. FLADSETH
6

7

8

9                                         DOUGLAS C. FLADSETH
                                          Attorney for Plaintiff
10

11   The settlement conference has been continued to Tuesday, July 22, 2008 at 10:00

12   a.m.

13   DATE:  April 30, 2008

14

15

16   

17

18

19

20

21

22

23

24

25

26

27

28