1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #24266
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   ALAMEDA COUNTY MEDICAL CENTER,
8  SCOTT ZELLER, M.D., KURT BIEHL, M.D.,
   JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N.,
9  MADELYNE MARKLE, R.N.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LISA JOHNSON, by and through her Conservator, Sharon Toth, | Case No.: C07-03395 CW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ALAMEDA COUNTY MEDICAL CENTER, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff LISA JOHNSON and defendants ALAMEDA COUNTY MEDICAL CENTER, SCOTT ZELLER, M.D., KURT BIEHL, M.D., JEANETTE COTANCHE, R.N., LEONI ALFONSO, R.N., MADELYNE MARKLE, R.N., through their respective counsel, as follows:

That the parties participated in a settlement conference before the Honorable James Larson on February 13, 2008;

That progress was made toward a resolution of the action at said settlement conference, but counsel for plaintiff needs time to acquire additional information concerning plaintiff's claimed damages, in order to determine if a resolution can be achieved;

-1-

1  That Magistrate Judge Larson initially continued said settlement conference to May 6, 2008, and this court, based upon the stipulation of the parties, continued the pending case management conference to June 10, 2008;

That the process of gathering additional information to facilitate a resolution of the case has taken longer than originally expected, and, at the request of counsel for plaintiff, Magistrate Judge Larson has again continued the settlement conference from May 6, 2008 to July 22, 2008 at 10:00 a.m.;

That the parties wish to minimize costs and expenses associated with the prosecution and defense of this action until after the continued settlement conference;

That this court may continue the Case Management Conference, now scheduled to take place on June 10, 2008 at 2:00 p.m. in Courtroom 2, to August 12, 2008 at 2:00 p.m. in Courtroom 2, or to such later date as the court may direct.

DATED: 5-20-08

LAW OFFICE OF DOUGLAS C. FLADSETH

By: _____
DOUGLAS C. FLADSETH, ESQ.
Attorneys for Plaintiff
LISA JOHNSON

DATED: 5-20-08

BOORNAZIAN, JENSEN & GARTHE

By: _____
GREGORY J. ROCKWELL, ESQ.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, ZELLER, BIEHL, COTANCHE, ALFONSO and MARKLE

242266\432866

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Lisa Johnson v. Alameda County Medical Center, U.S. Dist. Ct., N. Dist. of CA No. C07-03395 CW