

**Boornazian, Jensen & Garthe**
A Professional Corporation

555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

**Gregory J. Rockwell**
grockwell@bjg.com

June 24, 2008

**Mailing Address**
P.O. Box 12925
Oakland, CA 94604-2925

*IT IS SO ORDERED*
*[signature] Judge James Larson*

**VIA E-FILE AND FIRST CLASS MAIL**

Magistrate Judge James Larson
United States District Court, Northern Dist. Of CA
450 Golden Gate Avenue, 15th Floor, Courtroom F
San Francisco, CA 94102

*Re:* **Lisa Johnson vs. Alameda County Medical Center, et al.**
**C 07-3395CW (JL)**
**Our File No.: 24266**

Dear Judge Larson:

My office represents all but one of the defendants in the above action, which is set for a continued settlement conference in your chambers on July 22, 2008 at 10:00 a.m. The previous conference was on February 13, 2008, and it was continued to permit plaintiff's counsel time to gather additional documentation of his client's damages and information relating to a possible structured settlement.

I am writing to request that the start of the conference be delayed until 10:30 or 11:00 a.m. I make this request because I must meet with the Board of Supervisors of the County of Alameda to discuss the status of the defense of a class action civil rights lawsuit that I am defending for the County, and the date of July 22, 2008 appears to be the only date that is available for all involved parties. My meeting should begin by 9:00 a.m., and I should have no difficulty making it to your courtroom by 11:00 a.m. at the latest. Based on the status of the discussions at the prior session of our conference, I would expect that you would initially be talking privately with the plaintiff and her attorney when we resume, and I have no objection if that discussion begins before my arrival.

I have discussed this request with the plaintiff's counsel, and he has advised me that he has no objection to starting at a later time. Thank you for your consideration of this request.

Sincerely,

BOORNAZIAN, JENSEN & GARTHE

*Gregory J. Rockwell*

Gregory J. Rockwell

GJR:cah
Cc: Douglas Fladseth, Esq., via e-mail

24266\435783