1  Douglas C. Fladseth (Bar No. 083420)
   LAW OFFICES OF DOUGLAS C. FLADSETH
2  1260 North Dutton Ave., Suite 275
   Santa Rosa, California 95401
3  Telephone: (707) 545-2600
   Facsimile: (707) 545-0552
4  Attorney for Plaintiff Lisa Johnson

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   LISA JOHNSON,                         )   Case No. C07-3395CW JCS
12                                       )
                  Plaintiff,             )
13                                       )   SUPPLEMENTAL SETTLEMENT
          vs.                            )   CONFERENCE STATEMENT OF
14                                       )   PLAINTIFF LISA JOHNSON BEFORE
   ALAMEDA COUNTY MEDICAL                )   THE HONORABLE
15 CENTER, SCOTT ZELLER, M.D.,           )   JUDGE JAMES LARSON
   KURT BIEHL, M.D., JEANETTE            )
16 COTANCHE, R.N., LEONI ALFONSO,)        Date:  July 22, 2008
   R.N., MADELYNE MARKLE, R.N.,          )   Time:  11:00 a.m.
17 CEDRICK FROWNER, DOES 1 to 50,        )   Place: Judges Chambers
   inclusive,                            )
18                                       )
                                         )
19                Defendants.            )
                                         )
20

21        Plaintiff is still in the process of submitting plaintiff's medical records for evaluation by a

22 structured settlement company for determination of plaintiff's rated age.

23        Plaintiff suggests the settlement conference be continued 4-8 weeks so these matters can be

24 completed.

25

26

27

28

SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT OF PLAINTIFF LISA JOHNSON

|    |                                    |
|----|------------------------------------|
| 1  | Respectfully submitted             |
| 2  |                                    |
| 3  | DATED: July 14, 2008   LAW OFFICE OF DOUGLAS C. FLADSETH |

*[signature]*

DOUGLAS C. FLADSETH
Attorney for Plaintiff