1  Douglas C. Fladseth (Bar No. 083420)
   LAW OFFICES OF DOUGLAS C. FLADSETH
2  1260 North Dutton Ave., Suite 275
   Santa Rosa, California 95401
3  Telephone: (707) 545-2600
   Facsimile: (707) 545-0552
4  Attorney for Plaintiff Lisa Johnson

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   LISA JOHNSON,                         )  Case No. C07-3395CW JCS
12                                       )
               Plaintiff,                )
13                                       )  SUPPLEMENTAL SETTLEMENT
       vs.                               )  CONFERENCE STATEMENT OF
14                                       )  PLAINTIFF LISA JOHNSON BEFORE
   ALAMEDA COUNTY MEDICAL                )  THE HONORABLE
15 CENTER, SCOTT ZELLER, M.D.,           )  JUDGE JAMES LARSON
   KURT BIEHL, M.D., JEANETTE            )
16 COTANCHE, R.N., LEONI ALFONSO,        )  Date:  July 22, 2008
   R.N., MADELYNE MARKLE, R.N.,          )  Time:  11:00 a.m.
17 CEDRICK FROWNER, DOES 1 to 50,        )  Place: Judges Chambers
   inclusive,                            )
18                                       )
                                         )
19             Defendants.               )
                                         )
20

21     Plaintiff is still in the process of submitting plaintiff's medical records for evaluation by a

22 structured settlement company for determination of plaintiff's rated age.

23     Plaintiff suggests the settlement conference be continued 4-8 weeks so these matters can be

24 completed.

25

26

27

28

SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT OF PLAINTIFF LISA JOHNSON

|   |   |
|---|---|
| 1 | Respectfully submitted |
| 2 | |
| 3 | DATED: July 14, 2008    LAW OFFICE OF DOUGLAS C. FLADSETH |



DOUGLAS C. FLADSETH
Attorney for Plaintiff

The Further settlement conference has been continued to Friday, August 15, 2008 at 10:00 a.m. The parties shall submit deliver directlyy to the chambers an updated settlement conference statements at least seven (7) calendar days before the Settlement Conference.

DATED: July 16, 2008



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT OF PLAINTIFF LISA JOHNSON

2