

555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

**Gregory J. Rockwell**
grockwell@bjg.com

July 18, 2008

**Mailing Address**
P.O. Box 12925
Oakland, CA 94604-2925

<u>VIA E-FILE AND FIRST CLASS MAIL</u>

Magistrate Judge James Larson
United States District Court, Northern Dist. Of CA
450 Golden Gate Avenue, 15th Floor, Courtroom F
San Francisco, CA    94102

Re:   *Lisa Johnson vs. Alameda County Medical Center, et al.*
      **C 07-3395CW (JL)**
      **Our File No.: 24266**

Dear Judge Larson:

I have received your order continuing the settlement conference in the above action to 10:00 a.m. on August 15, 2008.  Unfortunately, I am scheduled to be in a mediation that day.  I have discussed alternative dates with my client's claims representative and the plaintiff's attorney, and the only date in August that we are all available is August 28.  Hopefully the settlement conference can be continued to that date. If not, I will provide some dates in September that are acceptable.  Thank you for considering this request.

                                        Sincerely,

                                        BOORNAZIAN, JENSEN & GARTHE

                                        *Gregory J. Rockwell*

                                        Gregory J. Rockwell

GJR:cah

cc:   Douglas Fladseth, Esq., via e-mail

24266\437736