

**Boornazian, Jensen & Garthe**
A Professional Corporation

555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

**Mailing Address**
P.O. Box 12925
Oakland, CA 94604-2925

**Gregory J. Rockwell**
grockwell@bjg.com

July 23, 2008

**VIA E-FILE AND FIRST CLASS MAIL**

Magistrate Judge James Larson
United States District Court, Northern Dist. Of CA
450 Golden Gate Avenue, 15th Floor, Courtroom F
San Francisco, CA   94102

Re:   Lisa Johnson vs. Alameda County Medical Center, et al.
      C 07-3395CW (JL)
      Our File No.: 24266

Dear Judge Larson:

My office represents all but one of the defendants in the above action, which is set for a continued settlement conference in your chambers on August 15, 2008 at 10:00 a.m. As I previously advised, I am scheduled to be in a mediation that day. This letter will serve to confirm our telephone conversation with your court clerk, Venice, today, requesting that the August 15, 2008 conference be continued to **September 2, 2008 commencing at 10:00 a.m.**, which is a date and time that is agreeable to all parties and the court calendar.

Thank you for your consideration of our request for a continuance.

Sincerely,

BOORNAZIAN, JENSEN & GARTHE

*Gregory J. Rockwell*

Gregory J. Rockwell

GJR:cah

cc:   Douglas Fladseth, Esq., via e-mail

24266\438104