

1  **Douglas C. Fladseth** (Bar No. 083420)
   **LAW OFFICES OF DOUGLAS C. FLADSETH**
2  **1260 North Dutton Ave., Suite 275**
   **Santa Rosa, California  95401**
3  **Telephone:  (707) 545-2600**
   **Facsimile:  (707) 545-0552**
4  **Attorney for Plaintiff Lisa Johnson**

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   LISA JOHNSON,                    )    Case No.  C07-3395CW JCS
12                                  )
                  Plaintiff,        )
13                                  )    **SUPPLEMENTAL SETTLEMENT**
              vs.                   )    **CONFERENCE STATEMENT OF**
14                                  )    **PLAINTIFF LISA JOHNSON BEFORE**
   ALAMEDA COUNTY MEDICAL          )    **THE HONORABLE**
15 CENTER, SCOTT ZELLER, M.D.,     )    **JUDGE JAMES LARSON**
   KURT BIEHL, M.D., JEANETTE      )
16 COTANCHE, R.N., LEONI ALFONSO,) 
   R.N., MADELYNE MARKLE, R.N.,     )    Date:   September 2, 2008
17 CEDRICK FROWNER, DOES 1 to 50,  )    Time:   10:00 a.m.
   inclusive,                       )    Place:  Judges Chambers
18                                  )
                  Defendants.       )
19 _____ )

20

21      There are no further issues regarding special needs trust and annuity matters which have now

22  been investigated.  Plaintiffs are therefore prepared to continue settlement negotiations.

23                                  Respectfully submitted

24  DATED: August 27 , 2008          LAW OFFICE OF DOUGLAS C. FLADSETH

25

26

27                                   DOUGLAS C. FLADSETH
                                     Attorney for Plaintiff
28

_____
SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT OF PLAINTIFF LISA JOHNSON

1

**PROOF OF SERVICE**

2          I, Natalie Young, am a citizen of the United States and employed in Sonoma County,

3    California.  I am over the age of 18 years and not a party to the within action.  My business

4    address is 1260 North Dutton Avenue, Suite 275, Santa Rosa, California 95401.  On this date I

5    served the following:

6

7    **SUPPLEMENTAL SETTLEMENT CONFERENCE STATEMENT**

_X_    **BY USPS MAIL** by depositing a true copy thereof in a USPS mailbox in Santa Rosa,
8           California, in a postage paid envelope, addressed as set forth below:

9    ___    **BY FAX** by transmitting a true copy thereof via facsimile to the person(s) set forth
            below:

10

___    **BY PERSONAL SERVICE** by personally delivering a true copy thereof to the person(s)
11          at the address set forth below:

12    Gregory J. Rockwell
      Boornazian, Jensen and Garthe
13    555 12th Street, Suite 1800
      Oakland, CA 94604
14    510-834-4350
      510-839-1897 fax
15    Attorneys for Defendants Alameda County Medical Center, Zeller, Biehl, Cotanche,
      Alfonso and Markle

16

17          I certify and declare under penalty of perjury under the laws of the State of California, that
      the foregoing is true and correct.

18
            Executed on August 27, 2008, at Santa Rosa, California.
19

20    _____
      Natalie Young
21

22

23

24

25

26

27

28