# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date:** September 2, 2008

**Case No.:** C 07-3395 CW  (JL)

**Case Name:**   Lisa Johnson v. Alameda County Medical Center

**Counsel Present:**      **Plaintiff**: Douglas C. Fladseth

**Defendant:** Gregory Rockwell

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a further settlement conference was held in the above-referenced case with the following outcome:

|  |  |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| __X__ | Did not settle |
|  | Further settlement conference ordered:  _____ |

**Time:**    2.0  hrs

**Comments:**

*Venice E. Thomas* (signature)
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom