IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON, by and through her Conservator, Sharon Toth,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY MEDICAL CENTER; SCOTT ZELLER, M.D.; KURT BIEHL, M.D.; JEANETTE COTANCHE, R.N.; LEONI ALFONSO, R.N.; MADELYNE MARKLE, R.N.; AND CEDRICK FROWNER,<br><br>    Defendants.<br>_____/ | No. C 07-3395 CW<br><br>ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL |

    The final pre-trial conference currently scheduled for August 11, 2009 and the trial scheduled to begin on August 24, 2009 are hereby VACATED.  An order granting in part Defendants' motion for summary judgment and remanding this action in part to state court will follow shortly.

    IT IS SO ORDERED.

Dated: 8/7/09

                                    CLAUDIA WILKEN
                                    United States District Judge